IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ferguson, Jerome

Printed: 7/22/08

Case Number: 08 B 02295
Judge: Goldgar, A. Benjamin
Filed: 2/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,370.00 |  |
| Secured: |  | 938.65 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,277.30 |
| Trustee Fee: |  | 154.05 |
| Other Funds: |  | 0.00 |
| Totals: | 2,370.00 | 2,370.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Joseph Wrobel Ltd | Administrative | 3,000.00 | 1,277.30 |
| 2. | CCO Mortgage/RBS Citizens | Secured | 0.00 | 0.00 |
| 3. | Onyx Acceptance Corp | Secured | 11,524.83 | 938.65 |
| 4. | CCO Mortgage/RBS Citizens | Secured | 14,029.18 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,828.50 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 662.61 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 2,003.78 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 181.89 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 886.18 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 135.36 | 0.00 |
| 11. | Sage Medical Group | Unsecured | 1,385.00 | 0.00 |
| 12. | UAS Properties Inc | Unsecured | 834.49 | 0.00 |
| 13. | Onyx Acceptance Corp | Unsecured | 414.00 | 0.00 |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Wow Internet | Unsecured |  | No Claim Filed |
| 16. | Chicago Behavioral Health | Unsecured |  | No Claim Filed |
| 17. | Chicago Municipal Employees CU | Unsecured |  | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 19. | Dish Network | Unsecured |  | No Claim Filed |
| 20. | American Family Insurance | Unsecured |  | No Claim Filed |
| 21. | Ice Mountain Spring Water | Unsecured |  | No Claim Filed |
| 22. | Little Company Of Mary Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 36,885.82 | $ 2,215.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ferguson, Jerome | Case Number: 08 B 02295 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 7/22/08 | Filed: 2/1/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 154.05 |
| | _____ |
| | $ 154.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

